UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF MIAMI GENERAL EMPLOYEES' & SANITATION EMPLOYEES' RETIREMENT TRUST, *individually and on behalf of all others similarly situated*

Plaintiff,

-against-

DONALD M. CASEY, JR. *et al*.,

Defendants.

23-CV-2910 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In light of the Court's June 1, 2023 Order, Dkt. 42, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: October 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge